DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DANA WHITE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-1891

[August 31, 2017]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Charles E. Burton, Judge; L.T. Case No. 50-1981-CF-008061-BXXX-MB.

Dana White, Arcadia, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and CIKLIN, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***